UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

IN RE:
ASHLEY VARNEY

Debtor.

CASE: GL-19-02043
CHAPTER 13
Hon. JOHN T GREGG
Filed: May 07, 2019

## ORDER REGARDING THE STIPULATION OF THE TRUSTEE AND DEBTOR ADJOURNING DISMISSAL HEARING

This matter being set for hearing for motion to dismiss on February 2, 2021 and the parties have agreed to the following terms, and the Court is advised, and there is no adverse impact upon any party by way of this action, thus no notice is required to be given, therefore:

IT IS HEREBY ORDERED that the above referenced matter is adjourned to March 2, 2021.

IT IS HEREBY ORDERED that the Debtor agrees to submit payment of $1500.00 to post with the trustee books on or before February 26, 2021.

IT IS HEREBY ORDERED that if the Debtor fails to submit payment of $1500.00 to post with the trustee books on or before February 26, 2021, the Trustee may file an affidavit of default and an order to dismiss case may be entered.

Drafted by:
Barbara P. Foley
Po Box 51109
Kalamazoo, MI  49005
(269) 343-0305

**END OF ORDER**

Signed: February 1, 2021




John T. Gregg
United States Bankruptcy Judge