UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:                                                                                   Case No. GL 19-02043-jtg

ASHLEY VARNEY,                                                              Chapter 13

                   Debtor.                                              Hon. John T. Gregg
_____/

### ORDER DISMISSING CHAPTER 13 CASE

On December 7, 2021, the court held a hearing regarding a motion to dismiss [Dkt. No. 67] (the "Motion") filed by Barbara P. Foley, the chapter 13 trustee (the "Trustee"). At the hearing, the Trustee, Ashley Varney (the "Debtor") and her counsel appeared.

During the hearing, the Debtor, through counsel, requested voluntary dismissal of her case. *See* 11 U.S.C. § 1307(b). The Trustee had no objection to the relief requested by the Debtor and did not request the court to retain jurisdiction to consider dismissal with prejudice. *See* 11 U.S.C. §§ 105, 349.

IT IS HEREBY ORDERED THAT:

1.      The Debtor's request to voluntarily dismiss the case is granted.

2.      The Debtor's chapter 13 case is dismissed.

3.      The Trustee shall promptly file a final report. All orders which have been entered, if any, requiring the employer of the Debtor to submit monies to the Trustee are terminated as of the date of this Order. The Debtor shall pay all unpaid filing fees and court costs within twenty-one (21) days from the date of this Order.

4.      The court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

IT IS FURTHER ORDERED THAT the Clerk shall serve a copy of this Order pursuant to Fed. R. Bankr. P. 9022 and LBR 5005-4 upon the Debtor, Barbara P. Foley, Esq., Kelly M. Fletcher, Esq., and the creditor matrix maintained by the court in this case.

[END OF ORDER]

Signed: December 8, 2021




John T. Gregg
United States Bankruptcy Judge